80,753-02

To: Abel Acosta, Clerk                    8/18/15

    I want to know where I need to send my 11.07 too. And why you send me a postcard talking about you received and presented my application to court. I ~~would~~ never filed a Writ of Habeas Corpus at the County I got conviction in. I am just trying get this application presented. So I can get everything going. Can you please help me out. Please and thank you.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk

Sincerely,
Monterale Clark
Monterale Clark